UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS DOOP,<br><br>            Plaintiff,<br><br>      v.<br><br>,<br><br>            Defendant. | Case No.  15-cv-01467-JD<br><br>**ORDER OF DISMISSAL** |

This case was opened when plaintiff wrote a letter to the court regarding prison conditions. In an effort to protect his rights, it was filed as a new case.  Plaintiff was informed that he had not filed a complaint and was given twenty-eight days to do so.  He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed twenty-eight days to either pay the fee or file the application.  A copy of the court's form for applications to proceed IFP was provided with the notice, along with a return envelope.

Plaintiff has not filed a complaint or an IFP application or otherwise communicated with the Court.  This case is therefore **DISMISSED** without prejudice.  No fee is due.  The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: July 29, 2015

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DOOP,

        Plaintiff,

   v.

,

        Defendant.

Case No. 15-cv-01467-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 29, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Chris Doop ID: AR5195
Avenal State Prison
P.O. Box 904
Avenal, CA 93204

Dated: July 29, 2015

                        Richard W. Wieking
                        Clerk, United States District Court

                        By: _____
                        LISA R. CLARK, Deputy Clerk to the
                        Honorable JAMES DONATO

United States District Court
Northern District of California